[No. 19330-6-III.   Division Three.   April 3, 2001.]

BURT JESMORE, *Petitioner*, v. MACK FRANK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-04438-6, Linda G. Tompkins, J., entered April 17, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 19398-5-III.   Division Three.   April 3, 2001.]

PACCAR AUTOMOTIVE, INC., *Appellant*, v. KENNETH L. BURKEY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-06134-3, Linda G. Tompkins, J., entered June 12, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19461-2-III.   Division Three.   April 3, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. KENNETH HAROLD HOOPER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00144-9, Philip M. Raekes, J., entered July 21, 2000. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[Nos. 18903-1-III; 18904-0-III.   Division Three.   April 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE HOLT, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 99-1-00914-3 and 99-1-01624-7, Richard J. Schroeder, J., entered November 3 and 19, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.